Cam Ferenbach, NV Bar No. 96
cferenbach@lionelsawyer.com
Kirby J. Smith, NV Bar No. 414
ksmith@lionelsawyer.com
Ketan D. Bhirud, NV Bar No. 10515
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 383-8888
Facsimile: (702) 383-8845

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MULTIBANK 2009-1 RES-ADC VENTURE, LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS HARRISON, an individual; WENDY R. HARRISON, an individual; EDWARD C. BARAN, JR., an individual; and KATHRYN A. BARAN, an individual;<br><br>Defendants. | Case No.: 2:10-CV-01722-GMN-PAL<br><br>**EX PARTE MOTION TO FILE A SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

   Multibank 2009-1 RES-ADC Venture, LLC ("Plaintiff"), pursuant to Local Rules 6-2 and 7-5, move this Court ex parte for an order permitting Plaintiff to file the Supplemental Opposition to Defendants' Motion to Dismiss, attached hereto as Exhibit 1. This Supplemental Opposition with attached exhibits is necessary to address defendants' introduction of new facts and a new affidavit regarding the issue of personal service on Wendy Harrison.

   On March 12, 2011, defendants filed the Motion to Dismiss (Docket #12). The motion was based on the alleged failure to serve defendants within 120 days. Plaintiff argued in its opposition (Docket #15) it made diligent attempts to serve defendants before and after the 120 day period and was able to serve defendants shortly after the 120-day service period, including personal service upon Wendy Harrison on February 13, 2011. Wendy Harrison now disputes she was personally served on February 13, 2011, attaching an affidavit to this effect. Specifically, in

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1  Defendant's Reply to Plaintiff's Opposition to Motion to Dismiss (Docket #16), defendants use
2  this affidavit to question Plaintiff's good faith by questioning the veracity of Plaintiff's second
3  process server, Dawn Weislek, calling her service affidavit "patently false and in making them,
4  Ms. Weislek has committed perjury."

5        The process server in turn has reviewed Mrs. Harrison's affidavit and her own records
6  and concludes that Mrs. Harrison has perjured herself to this Court. As Plaintiff does not in the
7  ordinary course have the right to respond to the perjurious statements of defendant Wendy
8  Harrison because they are attached to the Reply brief, Plaintiff requests this opportunity to file
9  this Supplemental Opposition at this time to set the record straight.

10       Ms. Weislek, the licensed process server, states under oath she handed a copy of the
11 summons and complaint directly to Wendy Harrison on February 13, 2011, and Wendy
12 Harrison's statements to this Court to the contrary are "false and untrue." See affidavit of Dawn
13 Weislek, attached to the Supplemental Opposition as Exhibit 1, paragraphs 7 and 8. Using a
14 photograph of Mrs. Harrison, Ms. Weislek identifies Mrs. Harrison as the woman who she
15 served on February 13, 2011. Furthermore, Ms. Weislek explains why she returned to Mrs.
16 Harrison's home on February 23, 2011, as reported by the security guard. Specifically, Ms.
17 Weislek was there to attempt to serve a summons and complaint in a different, Arizona lawsuit; a
18 visit unrelated to the instant lawsuit. *Id.*, paragraph 9.

19       Plaintiff's Supplemental Opposition principally addresses Wendy Harrison's affidavit and
20 the new facts contained therein. Plaintiff requests an Order permitting Plaintiff to file the
21 //
22 /
23 //
24 //
25 //
26 //
27 //

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2

Supplemental Opposition attached as Exhibit 1 hereto.

DATED this 5 of May, 2011.

Respectfully submitted by:

LIONEL SAWYER & COLLINS

By: _____
Cam Ferenbach, NV Bar No. 96
Kirby J. Smith, NV Bar No. 414
Ketan D. Bhirud, NV Bar No. 10515
LIONEL SAWYER & COLLINS
300 South Fourth Street #1700
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff shall file as a separate document on CM/ECF, its Supplemental Opposition to Defendants' Motion to Dismiss.

**DATED** this 6th day of May, 2011.

_____
Gloria M. Navarro
United States District Judge

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

3